FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000509
28-FEB-2018
12:36 PM

NO. CAAP-14-0000509

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JORGE NAJERA, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 12-1-0012(1) (CR. NO. 10-1-0026(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on February 13, 2018, is hereby corrected as follows:

On page 2, in the fourteenth line, "Fifth" should be replaced with "Second" so that as corrected, the text reads: "The Circuit Court of the Second Circuit . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 28, 2018.

FOR THE COURT:

Craig H. Nakamura

Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise, J., with Reifurth, J., dissenting